■ In the Matter of HEWLETT-WOODMERE UNION FREE SCHOOL DISTRICT, Respondent, v HEWLETT-WOODMERE FACULTY ASSOCIATION, Appellant. — In a proceeding to stay arbitration, the appeal is from a judgment of the Supreme Court, Nassau County, entered May 24, 1979, which granted the

application. Judgment reversed, on the law, with $50 costs and disbursements, application denied, and the parties are directed to proceed to arbitration. A stay of arbitration may not be granted when, as here, "the parties' agreement to arbitrate the dispute is clear and unequivocal but there is some ambiguity as to the coverage of the applicable substantive provision of the contract" (see *Board of Educ. v Barni,* 49 NY2d 311, 214-315; see, also, *Matter of Franklin Cent. School [Franklin Teachers Assn.],* 51 NY2d 348, 356). Damiani, J. P., Gibbons, Margett and Thompson, JJ., concur.